IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
MAY 20 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Adam Kokesh;
Allen Gumby,
Plaintiffs

CASE NO. W14CA159

V.

Barack Hussein Obama; George Walker Bush; William Jefferson Clinton; George Herbert Walker Bush; Ronald Wilson Reagan; James Earl Carter; Gerald Rudolph Ford; Richard Milhous Nixon; Lyndon Baines Johnson; John Fitzgerald Kennedy; Dwight David Eisenhower; Harry S. Truman; Franklin Delano Roosevelt; Herbert Clark Hoover; John Calvin Coolidge; Warren Gamaliel Harding; Thomas Woodrow Wilson; William Howard Taft; Theodore Roosevelt; William McKinley; Grover Cleveland; Chester Alan Arthur; James Abram Garfield; Rutherford Birchard Hayes; Ulysses S. Grant; Andrew Johnson; Abraham Lincoln; James Buchanan; Franklin Pierce; Millard Fillmore; Zachary Taylor; James Knox Polk; John Tyler; William Henry Harrison; Martin Van Buren; Andrew Jackson; John Quincy Adams; James Monroe; James Madison; Thomas Jefferson; John Adams; George Washington; National Security Agency a/k/a NSA;
Defendants

Motion For Emergency Preliminary Injunction, Temporary Restraining Order, TRO 28 USC 1331

The Plaintiffs constitutional and civil rights are violated by the Defendants. Barack Hussein Obama is in violation of Title 18 1015 Fraud and False Statements, he is not a natualized born citizen. Obama was born in Kenya. Barack Obama is using the stolen social security card of Harry Bounel born in 1890 From Connecticut. Barack Obama attended Occidental College as Barry Soetoro, his religion Islam, his Nationality From Indonesia, therefore Barack Obama is not Qualified to be Commander in Chief. Barack Obama violated our constitution. George Washington was not born in America. Adam Koresh seeks a restraining

order Against Barack Obama. Kokesh has a constitutional right to Freedom of expression which was denied at the Freedom Plaza July 4, 2013. Barack Obama has no Authority to Authorize Secret Service Agents to Enter Kokesh's home without a warrant, which they did. The NSA continues to monitor Kokesh's phone illegally. The NSA's "prism" program is unconstitutional. Barack Obama appointed Federal Judge Frederick Sullivan to the Bench and told him personally to deny Kokesh bail because Kokesh has secret recordings of Obama telling Boko Haram leader Abu Baker to kidnap children on purpose to justify U.S. Govt. Intrusion in Nigeria, another False Flag Attack. Barack Obama has a secret Alliance with Russian president Putin to crash Malaysia Airlines Flight 370 on purpose as a smoke and mirror diversion while Russia invaded Crimea. Barack Obama Allowed the 2018 Olympics to be held in S. Korea to justify N. Korean invasion around the same time. The NSA secretly records telephone conversations daily without warrants which is criminal yet Innocent people sit in Pennsylvania serving years in Prison for violating title 18 5703 - under the Pennsylvania wiretap act and Barack Obama refuses to pardon these people or investigate. Barack Obama and the Defendants will hurt us and others unless a unbias Judge Issues a restraining order and investigations, thats what we seek. We are Patriots

respectfully,

[signature] 5/11/14

One Strawberry Ln.
Orrville, Ohio 44667


May 11, 2014
[signature]

Allen Gumby
HE2645
301 Institution Dr.
Bellefonte, PA 16823

ALLEN GUMBY HE2645
301 Institution Dr
BENEFONTE, PA 16823

RECEIVED
MAY 16 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Courthouse
800 Franklin Ave
Waco, Texas 76701

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES

ZIP 16823 $ 000.48⁰
02 1W
0001364647 MAY 12 2014