## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WILLIAM G. PUTNICKI  
CLERK OF COURT

800 Franklin Ave., Room 380  
Waco, TX  76701

May 20, 2014

**Adam Kokesh**  
One Strawberry Ln.  
Orrville, OH 44667

RE: Kokesh v. Thomas, et al

Dear Mr. Kokesh,

This is to acknowledge receipt of your Complaint under Title 42 U.S.C. § 1983 in the above captioned case. Your case was assigned docket number **W-14-CV-159** and referred to Judge Walter S. Smith, Jr. for disposition. Any inquiries concerning this case should be directed to the U.S. Clerk's Office rather than to the judicial officer to whom the case was referred.  Please reference this assigned case number on all future documents submitted for filing.  Furthermore, you must keep the court informed of your current address throughout the pendency of your case.  Failure to do so may result in dismissal of your case for want of prosecution.

All subsequent pleadings must be filed with the U.S. Clerk's Office as an **original and one copy**, and must also be served upon the defendant or, if an appearance has been entered by counsel, upon his attorney.  A certificate stating that a true and correct copy of the pleading was mailed to each defendant (or his counsel) must be attached to the original pleading filed with the Clerk of Court. A copy of this district's *Amended Privacy Policy and Public Access to Electronic Files* is enclosed for your review.  All pleadings filed in this case must comply with the requirements of this policy.

Please note that you must obtain leave of Court to file any amended or supplemental complaint in this case. You must attach a proposed amended or supplemental complaint to the motion requesting leave.  The Clerk of the Court will mark the proposed amended or supplemental complaint which is being submitted with the motion as "Received" and will await a ruling by the Court as to whether or not it should be filed.  Amended or supplemental complaints submitted without a motion requesting leave to file will be returned to the Plaintiff unfiled.  In general, an amended complaint which the Court has allowed to be filed will supersede the complaint being modified and will render the earlier complaint of no legal effect.

If you desire a copy of a previously filed document, you must submit a written request for the same.  We will inform you of the cost for copying the document at the rate of $0.50/page.   A copy of the docket sheet for this case may be obtained by submitting the copying fee of $0.50/page.  All checks are to be made payable to "**Clerk, U.S. District Court**" and sent to the address listed above.  The granting of In Forma Pauperis (*IFP*) **does not exempt** you from the payment of these copying fees or from any of the requirements noted above.

Sincerely,

WILLIAM G. PUTNICKI, Clerk

by _____  
        Deputy Clerk

enclosure: as indicated