IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| ADAM KOKESH and ALLEN GUMBY,<br>    Plaintiffs,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br>    Defendants. | § § § § § § § § § | Civil No. W-14-CA-159 |

### DEFICIENCY ORDER

Before the Court is a *pro se* civil complaint filed by Plaintiffs Adam Kokesh and Allen Gumby. (Doc. 1). While Plaintiff Gumby appears to be a prisoner confined in Pennsylvania, Plaintiff Kokesh appears to be a nonprisoner residing in Ohio. Plaintiffs have not filed the filing fee of $400.00 for civil actions.[1] Neither plaintiff has filed a motion seeking leave to proceed *in forma pauperis* ("IFP"). Accordingly, it is

**ORDERED** that the Clerk of Court shall forward to each Plaintiff an application to proceed IFP. It is further

**ORDERED** that, within thirty (30) days after the filing of this Order, Plaintiffs must either: (1) submit the filing fee of $400.00; or (2) each Plaintiff must file a <u>completed</u> application to proceed IFP. If seeking to proceed IFP, each Plaintiff must indicate on his IFP application whether he is currently incarcerated. If the Plaintiff is incarcerated, he must submit along with his application a certified copy of the trust

---

[1] Effective May 1, 2013, the cost for filing a new civil case increased from $350.00 to $400.00. The increase is due to a new $50.00 administrative fee. The $50.00 administrative fee, however, does not apply to persons who have been granted IFP status.

fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately preceding the filing of the complaint.

Plaintiffs are advised that, although the complaint has been filed pending resolution of this issue, failure to comply with this Order in a proper and timely manner may result in the dismissal of this case.

**SIGNED** this 21st day of May, 2014.

**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**