IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| ADAM KOKESH and ALLEN GUMBY, <br>     Plaintiff, <br><br> v. <br><br> BARACK HUSSEIN OBAMA, et al., <br>     Defendants. | § § § § § § § § § | Civil No. W-14-CA-159 |

## JUDGMENT

In accordance with the Order of this Court entered this date, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' case is hereby **DISMISSED without prejudice** for want of prosecution.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in the Judgment is **DENIED**.

SIGNED this 24th day of June, 2014.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE